**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** Mark Davis<br>　　　　　　　Debtor<br><br>**BANK OF AMERICA, N.A.**<br>　　　　　　　Movant<br>　　vs.<br><br>**Mark Davis**<br>　　　　　　　Respondent<br><br>**Robert Shearer**, (Trustee)<br>　　　　　　　Additional Respondent | **BK NO. 16-24792 JAD**<br><br>**Chapter 7**<br><br>**Related to Document No. 25**<br><br>**Hearing Date: March 28, 2017**<br><br>**Hearing Time: 10:00AM**<br><br>**Response Deadline: March 21, 2017** |

## CERTIFICATE OF SERVICE OF ORDER SETTING HEARING ON
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, James C. Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on March 8, 2017, I served the Order Setting Date Certain For Response and Hearing on Motion entered March 7, 2017 (doc. 25) along with this Certificate of Service and the Motion for Relief from Stay (doc. 16) filed in the above proceedings on the parties at the addresses shown below.

Debtor – PRO SE
Mark Davis
2342 School Street
Penn Hills, PA 15235

Trustee
Robert Shearer
5703 Brewster Lane
Erie, PA 16505
information@robertshearer.com

Method of Service: electronic means or first class mail

Dated: March 8, 2017

　　　　　　　　　　　　　　　　　　　**/s/ James C. Warmbrodt, Esquire** ___
　　　　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　　　　jwarmbrodt@kmllawgroup.com
　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 42524
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　Phone: 412-430-3594
　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant