# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**FILED**

2017 MAR -6 P 1: 46

CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

| | |
|---|---|
| **CASE NAME** | Mark Davis |
| **CASE NO.** | 16-24792-JAD |
| **RELATED TO DOCUMENT NO.** | Response To Motion of Bank of America N.A. For Relief From The Automatic Stay Under Section 362 Persuant To Bankruptcy Procedure Rule 4001 |

# NOTICE REGARDING
# NONCONFORMING DOCUMENT

The **Response To Motion of Bank of America N.A. For Relief From The Automatic Stay Under Section 362 Persuant To Bankruptcy Procedure Rule 4001** that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

The Debtor did not sign the Response.

You must file **Response To Motion of Bank of America N.A. For Relief From The Automatic Stay Under Section 362 Persuant To Bankruptcy Procedure Rule 4001** within ten (10) days of the date of this notice.

This deadline does not affect any other deadlines in your bankruptcy case.

**Please attach a copy of this Notice to the front of the** Response To Motion of Bank of America N.A. For Relief From The Automatic Stay Under Section 362 Persuant To Bankruptcy Procedure Rule 4001 that is filed in response to this Notice.

| | |
|---|---|
| March 6, 2017 | Gerri Lynn Brown |
| Date | Deputy Clerk |

#106c-I
cm: Mailed to Debtor via U.S. Postal Service on 03/06/2017.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 16-24792-JAD
Mark Davis                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: dkam            Page 1 of 1                 Date Rcvd: Mar 06, 2017
                            Form ID: pdf901       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2017.
db            +Mark Davis,   2342 School Street,   Penn Hills, PA 15235-4028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2017 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
               Hills jlc@mbm-law.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Robert    Shearer    information@robertshearer.com,   rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
                                                                                                   TOTAL: 5