IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **MARK DAVIS,** | : | Bankruptcy No. 16-24792-JAD |
| Debtor. | : | Chapter 7 |
| **BANK OF AMERICA, N.A.,** its successors and/or assigns, | : | |
| Movant, | : | |
| v. | : | |
| **MARK DAVIS,** | : | Related To Doc. Nos. 21, 16 |
| Respondent, | : | |

## ORDER VACATING DEFAULT ORDER

**AND NOW**, this **7th** day of **March, 2017**, it appearing that a late Response to the Motion For Relief From the Automatic Stay was filed on March 6, 2017, by Mark Davis, pro se Debtor;

it is hereby **ORDERED** that the Default Order signed March 6, 2017, granting Bank of America relief from the automatic stay be and is **VACATED**. The motion will be rescheduled for hearing.

_____
JEFFERY A. DELLER    mas
Chief U.S. Bankruptcy Judge

**CASE ADMINISTRATOR SHALL SERVE:**
Mark Davis
James C. Warmbrodt, Esquire
Robert Shearer, Esquire
Office of United States Trustee

FILED
3/7/17 8:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-24792-JAD
Mark Davis                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: dkam    Page 1 of 1    Date Rcvd: Mar 07, 2017
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2017.
db          +Mark Davis,   2342 School Street,   Penn Hills, PA 15235-4028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2017                                      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2017 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
      Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
      Robert Shearer    information@robertshearer.com,  rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
                                                                                                       TOTAL: 5