# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| **Debtor:** | MARK DAVIS |
| **Case Number:** | 16-24792-JAD       **Chapter:** 7 |
| **Date / Time / Room:** | TUESDAY, MARCH 28, 2017  10:00 AM   COURTROOM D |
| **Bankruptcy Judge:** | JEFFERY A. DELLER |
| **Courtroom Clerk:** | MARY SCHUETZ |
| **Reporter / ECR:** | N/A |

## Matter:

RESCHEDULED - Motion For Relief From The Automatic Stay filed by Bank of America, N.A.
- Default Order entered 3/6/2017 Granting Moton
- Response Filed 3/6/2017 by Debtor at Doc. No. 22
- Order Dated 3/7/2017 Vacating Default Order
- Hearing Rescheduled To 3/28/2017
- Supplemental Exhibits To Motion filed by Bank of America 3/16/2017 at Doc. No. 35

R / M #:  16 / 0

## Appearances:

CHAPTER 7 TRUSTEE:  ROBERT SHEARER, ESQUIRE
DEBTOR:   PRO SE
CREDITOR:  JAMES C. WARMBRODT, ESQUIRE for BoA

## Proceedings:

___ Motion is GRANTED  /  DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER:
       _____ For At Least  60  Days (Court To Issue Scheduling Order)
       _____ To Hearing Date Of _____ at _____ AM/PM at _____
       _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
       _____ Evidentiary Hearing On Value And Cram-Down Interest
       _____ Complex / Pretrial Order -  NONJURY  /  JURY
       _____ Simple / Pretrial Order - NONJURY  /  JURY
       _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Continue Matter For At Least 60 Days**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
3/28/17 2:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA