IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| MARK DAVIS, | : | Bankruptcy No. 16-24792-JAD |
| | : | |
| Debtor. | : | Chapter 13 |
| _____X | | |
| BANK OF AMERICA, N.A., | : | |
| its successors and/or assigns, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | Related To Doc. Nos. 16, 21 |
| | : | |
| MARK DAVIS and | : | |
| ROBERT SHEARER, TRUSTEE, | : | |
| | : | |
| Respondents. | : | |
| _____X | | |

### ORDER CONTINUING HEARING

AND NOW, this **28th** day of **March**, 2017, a rescheduled hearing having been held on **March 28, 2017**, on the **Motion For Relief From The Automatic Stay** filed by the **Bank of America N.A.** and the responsive pleading filed thereto by Debtor at Doc. No. 22;

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the hearing **IS CONTINUED** to **Tuesday, June 6, 2017** at **10:00 AM** in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

Jeffery A. Deller    mas
Chief U.S. Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
    Mr. Mark Davis
    James C. Warmbrodt, Esquire
    Robert Shearer, Esquire
    Office of United States Trustee

00020669

FILED
3/28/17 2:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-24792-JAD
Mark Davis                                                                Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dkam              Page 1 of 1            Date Rcvd: Mar 28, 2017
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2017.
db             +Mark Davis,   2342 School Street,   Penn Hills, PA 15235-4028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2017 at the address(es) listed below:
    James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
    Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
    Robert Shearer    information@robertshearer.com, rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
    Robert Shearer    on behalf of Trustee Robert Shearer information@robertshearer.com, rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
                                                                                              TOTAL: 6