IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Re:    Mark Davis                                    :    Bankruptcy No. 16-24792-JAD
                                                     :
      Mark Davis,    Debtor                         :
                                                     :    Chapter 7
                                                     :                          :
                                                     :    Related to Document No.   1
                                                     :

Respondent :    Robert Shearer (Trustee)

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

_____    Voluntary Petition - *Specify reason for amendment*:

       Official Form 6 Schedules (Itemization of Changes Must Be Specified)
_____    Summary of Schedules
_____    Schedule A - Real Property
_____    Schedule B - Personal Property
_____    Schedule C - Property Claimed as Exempt
_____    Schedule D - Creditors holding Secured Claims
       Check one:
          _____    Creditor(s) added
          _____    NO creditor(s) added
          _____    Creditor(s) deleted
\_X\_\_    Schedule E - Creditors Holding Unsecured Priority Claims
       Check one:
          _____    Creditor(s) added
          _____    NO creditor(s) added
          \_X\_    Creditor(s) deleted
\_X\_\_    Schedule F - Creditors Holding Unsecured Nonpriority Claims
       Check one:
          \_X\_    Creditor(s) added
          _____    NO creditor(s) added
          _____    Creditor(s) deleted
_____    Schedule G - Executory Contracts and Unexpired Leases
       Check one:
          _____    Creditor(s) added
          _____    NO creditor(s) added
          _____    Creditor(s) deleted
_____    Schedule H - Codebtors
_____    Schedule I - Current Income of Individual Debtor(s)
_____    Schedule J - Current Expenditures of Individual Debtor(s)
_____    Statement of Financial Affairs
_____    Chapter 7 Individual Debtor's Statement of Intention
_____    Chapter 11 List of Equity Security Holders
_____    Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
_____    Disclosure of Compensation of Attorney for Debtor
_____    Other: _____

**PAWB Local Form 6  (07/13)**

FILED
2017 APR 27 P 1:50
U.S. BANKRUPTCY COURT
CLERK
PITTSBURGH

12681
$31.00 pd.

Page 1 of 2

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

Date: _____4 / 27 / 2017_____         _____*signature*_____
                                            Attorney for Debtor(s) [or *pro se* Debtor(s)]

MARK DAVIS
(Typed Name)

2342 SCHOOL ST, PENN HILLS, PA 15235
(Address)

412-417-6559
(Phone No.)

_____
                                List Bar I.D. and State of Admission

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

**PAWB Local Form 6  (07/13)**

**Page 2 of 2**

Firestone Complete Auto
P.O. Box 81315
Cleveland, OH 44181-0315

Verizon Wireless
P.O Box 25505
Lehigh Valley, PA 18002-5505

Fed Ex Employees Credit Association FCU
2731 Nonconnah Blvd
Memphis TN 38132

**Fill in this information to identify your case:**

Debtor 1: Mark Davis
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number (if known): 16-24792-JAD

☑ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☐ No. Go to Part 2.
   ☑ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** Bank of America
Priority Creditor's Name
900 Samoset Drive,
Number / Street
Mail Code: DE5-023-03-04
Newark    DE    19713
City    State    ZIP Code

Last 4 digits of account number: 1546
When was the debt incurred? 6/1/1999

Total claim: $117000    Priority amount: $0    Nonpriority amount: $117000

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify: unsecured debt

Is the claim subject to offset?
☑ No
☐ Yes

**2.2**
Priority Creditor's Name
_____
Number / Street
_____
City    State    ZIP Code

Last 4 digits of account number: ___ ___ ___ ___
When was the debt incurred? ___

$___    $___    $___

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor 1  Mark _____ Davis _____  Case number (if known) 16-24792-JAD
          First Name  Middle Name  Last Name

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**4.1** FedEx Employees Credit Association FCU
Nonpriority Creditor's Name
2731 Nonconnah Blvd
Number   Street
Memphis TN 38132
City   State   ZIP Code

Last 4 digits of account number  2347
When was the debt incurred?  06/2015

Total claim  $3176.27

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  credit card

**4.2** Firestone Complete Auto Care
Nonpriority Creditor's Name
PO Box 81315
Number   Street
Cleveland OH 44181-0315
City   State   ZIP Code

Last 4 digits of account number  7069
When was the debt incurred?  12/2015

$517.00

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  credit card

**4.3** Verizon Wireless
Nonpriority Creditor's Name
PO Box 25505
Number   Street
Lehigh Valley PA 18002-5505
City   State   ZIP Code

Last 4 digits of account number  0003
When was the debt incurred?  09/2016

$455.00

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  utility

Official Form 106E/F   Schedule E/F: Creditors Who Have Unsecured Claims   page 2 of 4

Debtor 1  **Mark** _First Name_  **Davis** _Middle Name_  _Last Name_  Case number (if known) **16-24792-JAD**

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**KML Law Group PC**
_Name_
**BNY Mellon Independence Center, suite 5000**
_Number    Street_
**701 Market Street**
**Philadelphia    PA    19106**
_City        State   ZIP Code_

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **1** of (Check one): ☒ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **1546**

---

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page **3** of **4**

Debtor 1  **Mark** _First Name_  _Middle Name_  **Davis** _Last Name_  Case number _(if known)_ 16-24792-JAD

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | Total claim |
|---|---|---|
| 6a. Domestic support obligations | 6a. | $ 0 |
| 6b. Taxes and certain other debts you owe the government | 6b. | $ 0 |
| 6c. Claims for death or personal injury while you were intoxicated | 6c. | $ 0 |
| 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. + | $ 121148.27 |
| 6e. Total. Add lines 6a through 6d. | 6e. | $ 121148.27 |

**Total claims from Part 2**

| | | Total claim |
|---|---|---|
| 6f. Student loans | 6f. | $ 0 |
| 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0 |
| 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0 |
| 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $ 0 |
| 6j. Total. Add lines 6f through 6i. | 6j. | $ 0 |