IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Re:     Mark Davis                                :        Bankruptcy No. 16-24792-JAD

       Mark Davis,    Debtor        :

                                          :        Chapter 7

                                          :        Related to Document No. 1

Respondent :   Robert Shearer (Trustee)

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

__X__   Voluntary Petition - :  2nd amendment due to omission of an unsecured creditor

       <u>Official Form 6 Schedules</u> (Itemization of Changes Must Be Specified)
_____   Summary of Schedules
_____   Schedule A - Real Property
_____   Schedule B - Personal Property
_____   Schedule C - Property Claimed as Exempt
_____   Schedule D - Creditors holding Secured Claims
        Check one:
          _____ Creditor(s) added
          _____ NO creditor(s) added
          _____ Creditor(s) deleted
__X__ Schedule E - Creditors Holding Unsecured Priority Claims
        Check one:
          _____ Creditor(s) added
          _____ NO creditor(s) added
          _____ Creditor(s) deleted
__X__ Schedule F - Creditors Holding Unsecured Nonpriority Claims
        Check one:
          __X__ Creditor(s) added
          _____ NO creditor(s) added
          _____ Creditor(s) deleted
_____ Schedule G - Executory Contracts and Unexpired Leases
        Check one:
          _____ Creditor(s) added
          _____ NO creditor(s) added
          _____ Creditor(s) deleted
_____ Schedule H - Codebtors
_____ Schedule I - Current Income of Individual Debtor(s)
_____ Schedule J - Current Expenditures of Individual Debtor(s)
_____ Statement of Financial Affairs
_____ Chapter 7 Individual Debtor's Statement of Intention
_____ Chapter 11 List of Equity Security Holders
_____ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
_____ Disclosure of Compensation of Attorney for Debtor
_____ Other: _____

PAWB Local Form 6  (07/13)

Page 1 of 2

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

Date: _____5/ 11/ 2017_____        _____*signature*_____
                                        Attorney for Debtor(s) [or *pro se* Debtor(s)]

MARK DAVIS
(Typed Name)

2342 SCHOOL ST, PENN HILLS, PA 15235
(Address)

412-417-6559
(Phone No.)

_____
                                        List Bar I.D. and State of Admission

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

**PAWB Local Form 6  (07/13)**

**Page 2 of 2**

Fill in this information to identify your case:

Debtor 1: **Mark** (First Name) _____ (Middle Name) **Davis** (Last Name)

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: **Western District of Pennsylvania**

Case number (If known): **16-24792-JAD**

☑ Check if this is an amended filing

FILED
2017 MAY 12 P 12: 02
CLERK HF
U.S. BANKRUPTCY COURT
PITTSBURGH

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☐ No. Go to Part 2.
   ☑ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** Bank of America
Priority Creditor's Name
900 Samoset Drive
Number    Street
Mail code: DE5-023-03-04
Newark DE 19713
City    State    ZIP Code

Last 4 digits of account number **1546**    $ **117000**    $ **0**    $ **117000**
When was the debt incurred? **6/1/1999**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **unsecured debt**

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

**2.2** _____
Priority Creditor's Name
_____
Number    Street
_____
City    State    ZIP Code

Last 4 digits of account number ___    $_____    $_____    $_____
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Debtor 1  __Mark__ _____ __Davis__   Case number (if known) __16-24792-JAD__
          First Name  Middle Name  Last Name

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1** FedEx Employees Credit Association FCU
Nonpriority Creditor's Name
2731 Nonconnah Blvd
Number  Street
Memphis       TN    38132
City          State ZIP Code

Last 4 digits of account number __2347__        $ 3176.27
When was the debt incurred?  06/2015

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __CREDIT CARD__

**4.2** Firestone Complete Auto Care
Nonpriority Creditor's Name
PO Box 81315
Number  Street
Cleveland     OH    44181
City          State ZIP Code

Last 4 digits of account number __7069__        $ 517.00
When was the debt incurred?  12/2015

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __Credit Card__

**4.3** Verizon Wireless
Nonpriority Creditor's Name
PO Box 25505
Number  Street
Lehigh Valley   PA   18002
City            State ZIP Code

Last 4 digits of account number __0003__        $ 455.00
When was the debt incurred?  09/2016

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __Utility__

Debtor 1  Mark  Davis  Case number (if known) 16-24792-JAD
_First Name  Middle Name  Last Name_

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    Total claim

---

**Lending Club**
Nonpriority Creditor's Name
71 Stevenson, Site 300
Number    Street
San Francisco    CA    94105
City    State    ZIP Code

Last 4 digits of account number  7965    $ 3080.00
When was the debt incurred?  07/2015

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __credit card__

Is the claim subject to offset?
☑ No
☐ Yes

---

Nonpriority Creditor's Name
Number    Street
City    State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___    $_____
When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority Creditor's Name
Number    Street
City    State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___    $_____
When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Is the claim subject to offset?
☐ No
☐ Yes

---

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 3 of 5

Debtor 1  __Mark_____Davis_____  Case number (if known)_____
          First Name    Middle Name        Last Name

**Part 3:   List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name: KML Law Group PC | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Number Street: BNY Mellon Independence Center, suite 5000 | Line **1** of (Check one): ☑ Part 1: Creditors with Priority Unsecured Claims |
| 701 Market Street | ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| City: Philadelphia  State: PA  ZIP: 19106 | Last 4 digits of account number **1546** |

(Remaining entries blank)

Official Form 106E/F         Schedule E/F: Creditors Who Have Unsecured Claims         page 4 of 5

Debtor 1  **Mark** _____ **Davis** _____  Case number (if known) _____
First Name  Middle Name  Last Name

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | Total claim |
|---|---|
| 6a. Domestic support obligations | 6a. $ 0 |
| 6b. Taxes and certain other debts you owe the government | 6b. $ 0 |
| 6c. Claims for death or personal injury while you were intoxicated | 6c. $ 0 |
| 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. + $ 124228.27 |
| 6e. Total. Add lines 6a through 6d. | 6e. $ 124228.27 |

**Total claims from Part 2**

| | Total claim |
|---|---|
| 6f. Student loans | 6f. $ 0 |
| 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $ 0 |
| 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. $ 0 |
| 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $ 0 |
| 6j. Total. Add lines 6f through 6i. | 6j. $ 124228.27 |

Service by First-Class Mail

**Firestone Complete Auto Care**

P.O. Box 81315
Cleveland, OH 44181-0315

**Fed Ex Employees Credit Association FCU**

2731 Nonconnah Blvd
Memphis, TN 38132-2110

**Verizon Wireless**
P.O. Box 25505
Lehigh Valley, PA 18002-5505

**Lending Club**
71 Stevenson, Suite 300
San Francisco, CA 94105

**Bank of America**
900 Samoset Drive
Mail Code: DE-023-03-04
Newark DE 19713

**KML Law Group PC**
BNY Mellon Independence Center, suite 5000
701 Market Street
Philadelphia PA 19106

FILED 2017 MAY 12 P 12:15
CLERK U.S. BANKRUPTCY COURT PITTSBURGH