IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Mark Davis, Debtor | : | Case No. 16-24792-JAD |
| | | : | Chapter 7 |
| | | : | |
| Respondent : | Robert Shearer (Trustee) | :Related to ORDER of April 28, 2017 | |

**CERTIFICATE OF SERVICE OF COURT ORDER**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on May 11, 2017.

The type(s) of service made on the parties was delivered via first-class mail.

Each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: _5/11/17_

By: _____
Signature

Mark Davis, Pro Se

2342 School St.
Penn Hills, PA 15235
412-417-6559

FILED
2017 MAY 12 P 12:09
CLERK U.S. BANKRUPTCY COURT
PITTSBURGH

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Mark Davis**　　　　　　　　　　　　　　　　　：　　Case No. 16–24792–JAD
*Debtor(s)*　　　　　　　　　　　　　　　　　　：
　　　　　　　　　　　　　　　　　　　　　　　：　　Chapter: 7
　　　　　　　　　　　　　　　　　　　　　　　：
　　　　　　　　　　　　　　　　　　　　　　　：
　　　　　　　　　　　　　　　　　　　　　　　：

## ORDER

　　　　*AND NOW,* this *28th day of April, 2017,* the Debtor(s) having filed an *Amendment to Schedule* **E and Schedule F** filed on **4/27/2017** at Doc. No. 43

　　　　It is hereby **ORDERED, ADJUDGED and DECREED** that:

　　　　(1)　　The Debtor(s) shall *immediately* serve a copy of this *Order*, the *341 Meeting of Creditors Notice* and the *Amendment* on all affected parties, the Trustee (if one is appointed) and the United States Trustee.

　　　　(2)　　On or before seven (7) days from receipt of this *Order* the Debtor(s) shall file a Certificate of Service with the Clerk, U.S. Bankruptcy Court.

　　　　(3)　　*On or before 5/30/2017 or the date set forth in the Section 341 Meeting Notice,* whichever is later, any *Objection to Discharge* (if applicable), *Request for a 341 Meeting* (if applicable), and/or *Objections to Exemptions* shall be filed.

　　　　(4)　　If no objections to the *Amendment* are filed, the *Amendment* is accepted for filing. If objections to the *Amendment* are filed, a hearing will be scheduled.

　　　　(5)　　*FAILURE TO SERVE* the appropriate documents and file a timely *Certificate of Service* will result in the *Amendment* being rendered *NULL AND VOID* without further Order of Court.

　　　　(6)　　If applicable, failure to pay the required filing fee within seven (7) days of the date of the *Order*, or failure to add additional creditors(s) into bankruptcy case via CM/ECF Creditor Maintenance within seven (7) days from the date of this *Order* will result in the *Amendment* being rendered *NULL AND VOID* without further Order of Court.


Dated: April 28, 2017　　　　　　　　　　　　　　　　　Jeffery A. Deller
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge
cm: Debtor

Service by First-Class Mail

**Firestone Complete Auto Care**

P.O. Box 81315
Cleveland, OH 44181-0315

**Fed Ex Employees Credit Association FCU**

2731 Nonconnah Blvd
Memphis, TN 38132-2110

**Verizon Wireless**
P.O. Box 25505
Lehigh Valley, PA 18002-5505

**Lending Club**
71 Stevenson, Suite 300
San Francisco, CA 94105

**Bank of America**
900 Samoset Drive
Mail Code: DE-023-03-04
Newark DE 19713

**KML Law Group PC**
BNY Mellon Independence Center, suite 5000
701 Market Street
Philadelphia PA 19106