16-24792

Certificate Number: 14912-PAW-DE-028797129

Bankruptcy Case Number: 16-24792

**FILED**

2017 MAY 12 P 12:09

CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

14912-PAW-DE-028797129

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 21, 2017, at 9:18 o'clock PM EST, Mark Davis completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: February 21, 2017            By:    /s/Jai Bhatt

                                   Name:  Jai Bhatt

                                   Title: Counselor