IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:   Mark Davis, Debtor             :   Case No. 16-24792-JAD
                                        :   Chapter 7
                                        :
                                        :
Respondent :   Robert Shearer (Trustee) :Related to ORDER of May 15, 2017

## CERTIFICATE OF SERVICE OF COURT ORDER

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on May 21, 2017.

The type(s) of service made on the parties was delivered via first-class mail.

Each party served by mail, is listed under the heading "Service by First-Class Mail."


EXECUTED ON: 5/21/17

By: _____
     Signature

Mark Davis, Pro Se

2342 School St.
Penn Hills, PA 15235
412-417-6559

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

Date: _____5/ 21/ 2017_____

_____
Attorney for Debtor(s) [or *pro se* Debtor(s)]

<u>MARK DAVIS</u>
(Typed Name)

<u>2342 SCHOOL ST, PENN HILLS, PA 15235</u>
(Address)

<u>412-417-6559</u>
(Phone No.)

_____
List Bar I.D. and State of Admission

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

**PAWB Local Form 6  (07/13)**

**Page 2 of 2**

Service by First-Class Mail

**Firestone Complete Auto Care**

P.O. Box 81315
Cleveland, OH 44181-0315


**Fed Ex Employees Credit Association FCU**

2731 Nonconnah Blvd
Memphis, TN 38132-2110


**Verizon Wireless**
P.O. Box 25505
Lehigh Valley, PA 18002-5505


**Lending Club**
71 Stevenson, Suite 300
San Francisco, CA 94105

**Bank of America**
900 Samoset Drive
Mail Code: DE-023-03-04
Newark DE 19713

**KML Law Group PC**
BNY Mellon Independence Center, suite 5000
701 Market Street
Philadelphia PA 19106