# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## Proceeding Memo

### Conciliation Conference:

|  |  |
|---|---|
| Debtor: | MARK DAVIS |
| Case Number: | 16-24792-JAD    Chapter: 7 |
| Date / Time / Room: | TUESDAY, JUNE 06, 2017 10:00 AM   COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

### Matter:

RESCHEDULED - Motion For Relief From The Automatic Stay filed by Bank of America, N.A.
- Default Order entered 3/6/2017 Granting Moton
- Response Filed 3/6/2017 by Debtor at Doc. No. 22
- Order Dated 3/7/2017 Vacating Default Order
- Hearing Rescheduled To 3/28/2017
- Supplemental Exhibits To Motion filed by Bank of America 3/16/2017 at Doc. No. 35
- Hearing Held 3/28/2017 - Continued To 6/6/2017
R / M #:  16 / 0

### Appearances:

CHAPTER 7 TRUSTEE: ROBERT SHEARER, ESQUIRE
DEBTOR: PRO SE  D. Cloar
CREDITOR: JAMES C. WARMBRODT, ESQUIRE for BoA

### Proceedings:

___ Motion is GRANTED / DENIED
_____ Special Type Of Order:
✓ CONTINUE MATTER: 30
    ✓ For At Least _____ Days (Court To Issue Scheduling Order)
    _____ To Hearing Date Of _____ at _____ AM/PM at _____
    _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
    _____ Evidentiary Hearing On Value And Cram-Down Interest
    _____ Complex / Pretrial Order - NONJURY / JURY
    _____ Simple / Pretrial Order - NONJURY / JURY
    _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

FILED
6/6/17 10:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

- Continue Matter For At Least 30 Days

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge