IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**MARK DAVIS,**              :   Bankruptcy No. 16-24792-JAD
                             :
        Debtor.              :   Chapter 13
_____X
**BANK OF AMERICA, N.A.,**   :
its successors and/or assigns, :
                             :
        Movant,              :
                             :
    v.                       :   Related To Doc. Nos. 16, 21, 24
                             :
**MARK DAVIS and**           :
**ROBERT SHEARER, TRUSTEE,** :
                             :
        Respondents.         :
_____X

# ORDER CONTINUING HEARING

AND NOW, this **6th** day of **June**, **2017**, a rescheduled hearing having been held on **June 6, 2017**, on the **Motion For Relief From The Automatic Stay** filed by the **Bank of America N.A.** and the responsive pleading filed thereto by Debtor at Doc. No. 22;

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the hearing **IS CONTINUED** to **Tuesday, July 11, 2017** at **10:00 AM** in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

_____
Jeffery A. Deller             mas
Chief U.S. Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
  Mr. Mark Davis
  Dennis M. Sloan, Esquire
  James C. Warmbrodt, Esquire
  Robert Shearer, Esquire
  Office of United States Trustee

FILED
6/6/17 10:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Mark Davis  
    Debtor

Case No. 16-24792-JAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 1     Date Rcvd: Jun 06, 2017  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2017.  
db           +Mark Davis,    2342 School Street,    Penn Hills, PA 15235-4028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2017                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2017 at the address(es) listed below:  
          Dennis M. Sloan     on behalf of Debtor Mark  Davis sloanassoc@zoominternet.net,  
           dsloan@sloanassoc.com  
          James  Warmbrodt     on behalf of Creditor     BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
          Jennifer L. Cerce     on behalf of Creditor     Penn Hills School District and Municipality of Penn  
           Hills jlc@mbm-law.net  
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
          Peter J. Ashcroft     on behalf of Creditor     Duquesne Light Company pashcroft@bernsteinlaw.com,  
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd  
           rive.com  
          Robert  Shearer     information@robertshearer.com,     rshearer@ecf.epiqsystems.com;rspclaw@gmail.com  
          Robert  Shearer     on behalf of Trustee Robert  Shearer information@robertshearer.com,  
           rshearer@ecf.epiqsystems.com;rspclaw@gmail.com  
                                                                                         TOTAL: 7