IN THE UNITED STATES
BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Bankr. No. 16-24792-JAD |
| **MARK DAVIS,** | : | Chapter 7 |
| Debtor | : | Document No. |
| | : | Related to Document Nos. 46, 51, 54 |
| | : | Hearing: |
| Mark Davis, | : | |
| Movant | : | |
| v. | : | |
| BANK OF AMERICA, FEDEX EMPLOYEES CREDIT ASSOCIATION FCU, FIRESTONE COMPLETE AUTO CARE, VERIZON WIRELESS, and LENDING CLUB, | : | |
| Respondents | : | |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that I served or caused to be served on the 21st day of May, 2017 a true and correct copy of the Order of Court dated May 15, 2017, the 341 Meeting of Creditors Notice and the Amendment to Schedule E and Schedule F filed on 5/12/2017 at Doc. No. 46, via United States mail, first class, postage prepaid, upon the following:

Firestone Complete Auto Care
P.O. Box 81315
Cleveland, OH 44181-0315

FedEx Employees Credit Association FCU
2731 Nonconnah Blvd
Memphis, TN 38132-2110

Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA 18002-5505

Robert Shearer
5703 Brewster Lane
Erie, PA 16505

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Lending Club
71 Stevenson, Suite 300
San Francisco, CA 94105

Bank of America
900 Samoset Drive
Mail Code: DE-023-03-04
Newark, DE 19713

KML Law Group PC
BNY Mellon Independence Center, Suite 5000
701 Market Street
Philadelphia, PA 19106

\* This Amended Certificate of Service is being filed to clarify that service was made of all of the documents required to be served by the Order of Court dated May 15, 2017.

Respectfully submitted,
/s/Mark Davis
Mark Davis
2342 School St.
Penn Hills, PA 15235