IN THE UNITED STATES
BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Bankr. No. 16-24792-JAD |
| **MARK DAVIS,** | : | Chapter 7 |
| Debtor | : | Document No. 59 |
| | : | Related to Document Nos. 48, 53 |
| Mark Davis, | : | |
| Movant | : | |
| v. | : | |
| NO RESPONDENT | : | |

### ORDER OF COURT *NUNC PRO TUNC*

AND NOW, to wit, this 20th day of June, 2017, upon consideration of the foregoing Motion for Extension of Time for Debtor to File A Certification of Completion of Instructional Course Concerning Personal Financial Management *Nunc Pro Tunc*, it is hereby ORDERED, ADJUDICATED and DECREED that the Debtor shall file his Certification of Completion of Instructional Course Concerning Personal Financial Management on or before May 24, 2017.

By the Court:

_____
The Honorable Jeffery A. Deller
Chief United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
    Mark Davis
    Dennis M. Sloan, Esquire
    Robert Shearer, Esquire
    Office of United States Trustee

FILED
6/20/17 2:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                         Case No. 16-24792-JAD
Mark Davis                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: dkam              Page 1 of 1          Date Rcvd: Jun 20, 2017
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2017.
db             +Mark Davis,    2342 School Street,    Penn Hills, PA 15235-4028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2017 at the address(es) listed below:
              Dennis M. Sloan    on behalf of Debtor Mark  Davis sloanassoc@zoominternet.net,
               dsloan@sloanassoc.com
              James   Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
               Hills jlc@mbm-law.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Robert   Shearer    information@robertshearer.com,   rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
              Robert   Shearer    on behalf of Trustee Robert   Shearer information@robertshearer.com,
               rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8