# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | MARK DAVIS |
| Case Number: | 16-24792-JAD    Chapter: 7 |
| Date / Time / Room: | TUESDAY, JULY 11, 2017 10:00 AM    COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

## Matter:

RESCHEDULED - Motion For Relief From The Automatic Stay filed by Bank of America, N.A.
- Default Order entered 3/6/2017 Granting Moton
- Response Filed 3/6/2017 by Debtor at Doc. No. 22
- Order Dated 3/7/2017 Vacating Default Order
- Hearing Rescheduled To 3/28/2017
- Supplemental Exhibits To Motion filed by Bank of America 3/16/2017 at Doc. No. 35
- Hearing Held 3/28/2017 - Continued To 6/6/2017
- Hearing Held 6/6/2017 - Continued To 7/11/2017

R / M #:  16 / 0

## Appearances:

CHAPTER 7 TRUSTEE:  ROBERT SHEARER, ESQUIRE
DEBTOR:   PRO SE
CREDITOR:  JAMES C. WARMBRODT, ESQUIRE for BoA

## Proceedings:

☑ Motion is (GRANTED) / DENIED
____ Special Type Of Order: _____
____ CONTINUE MATTER:
    ____ For At Least _____ Days (Court To Issue Scheduling Order)
    ____ To Hearing Date Of _____ at _____ AM/PM at _____
    ____ To Conciliation Conference For _____ at
         _____ AM/PM at _____
____ ISSUE EVIDENTIARY HEARING NOTICE
    ____ Evidentiary Hearing On Value And Cram-Down Interest
    ____ Complex / Pretrial Order - NONJURY / JURY
    ____ Simple / Pretrial Order - NONJURY / JURY
    ____ Parties To Undertake Discovery - Discovery Period: _____ days
____ SETTLEMENT STIPULATION IS DUE _____
____ OTHER:

**- Order Entered 7/11/2017 Granting Motion**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
7/11/17 2:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA