UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mark Davis<br>　　　　　　Debtor | |
| BANK OF AMERICA, N.A.,<br>its successors and/or assigns<br>　　　　　　Movant<br>　　v.<br>Mark Davis<br>　　　　　　Respondent<br>　　and<br>Robert Shearer, Trustee<br>　　　　　　Additional Respondent | BANKRUPTCY NO. 16-24792-JAD<br><br>CHAPTER 7<br><br>Related to Docket No. 16 |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

　　　　AND NOW, this **11th** day of **July**, **2017**, at Pittsburgh, upon Motion of BANK OF AMERICA, N.A., it is

　　　　**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 2342 School Street, Pittsburgh, PA 15235 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　　　　　　Jeffery A. Deller　　　　mas
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
　Mark Davis
　James C. Warmbrodt, Esquire
　Robert Shearer, Esquire
　Office of United States Trustee

FILED
7/11/17 2:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-24792-JAD
Mark Davis                                                              Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dkam              Page 1 of 1         Date Rcvd: Jul 11, 2017
                        Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2017.
db             +Mark Davis,    2342 School Street,    Penn Hills, PA 15235-4028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2017 at the address(es) listed below:
              Dennis M. Sloan    on behalf of Debtor Mark  Davis sloanassoc@zoominternet.net,
               dsloan@sloanassoc.com
              James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
               Hills jlc@mbm-law.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernste
               inlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
              Robert  Shearer    information@robertshearer.com,   rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
              Robert  Shearer    on behalf of Trustee Robert  Shearer information@robertshearer.com,
               rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8