**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Mark Davis** | Social Security number or ITIN   **xxx–xx–1569** |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **16–24792–JAD**

---

# Order of Discharge                                                                                     12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Mark Davis

<u>8/3/17</u>                                                               **By the court:**   <u>Jeffery A. Deller</u>
                                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-24792-JAD
Mark Davis                                                              Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dkam    Page 1 of 2    Date Rcvd: Aug 03, 2017
                    Form ID: 318    Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2017.
```
db         +Mark Davis,    2342 School Street,    Penn Hills, PA 15235-4028
cr         +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
             Tucson, AZ 85712-1083
cr         +Penn Hills School District and Municipality of Pen,    Tax Division,
             c/o Maiello, Brungo & Maiello, LLP,    Foxpointe II,    100 Purity Rd, Ste. 3,
             Pittsburgh, PA 15235-4441
cr         +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
             Pittsburgh, PA 15233-1828
14342644    Bank of America,    900 Samoset Dr.,    Mail Code De5-023-03-04,    Newark, DE 19713-6002
14422004   +KML Law Group PC,    BNY Mellon Independence Center,    Suite 5000,    701 Market Street,
             Philadelphia, PA 19106-1541
14367940   +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr         +EDI: QRSHEARER.COM Aug 04 2017 00:48:00      Robert Shearer,    5703 Brewster Lane,
             Erie, PA 16505-1109
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 04 2017 00:57:54      Pennsylvania Dept. of Revenue,
             Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
             Harrisburg, PA  17128-0946
14412059   +E-mail/Text: collections@fecca.com Aug 04 2017 00:57:37
             Fed Ex Employees Credit association FCU,    2731 Nonconnah Blvd,    Memphis, TN 38132-2110
14412041    EDI: CRFRSTNA.COM Aug 04 2017 00:48:00      Firestone Complete Auto Care,    P.O. Box 81315,
             Cleveland, OH 44181-0315
14422003   +E-mail/Text: bk@lendingclub.com Aug 04 2017 00:58:31      Lending Club,
             71 Stevenson, Suite 300,    San Francisco, CA 94105-2985
14412057    EDI: VERIZONWIRE.COM Aug 04 2017 00:48:00      Verizon Wireless,    P.O. Box 25505,
             Lehigh Valley, PA 18002-5505
                                                                                                TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Duquesne Light Company
aty*       +Robert Shearer,    5703 Brewster Lane,    Erie, PA 16505-1109
cr*        +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2017                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2017 at the address(es) listed below:
```
              Dennis M. Sloan    on behalf of Debtor Mark  Davis sloanassoc@zoominternet.net,
               dsloan@sloanassoc.com
              James Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
               Hills jlc@mbm-law.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernste
               inlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
              Robert    Shearer    information@robertshearer.com,    rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
              Robert    Shearer    on behalf of Trustee Robert  Shearer information@robertshearer.com,
               rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
```

```
District/off: 0315-2          User: dkam              Page 2 of 2              Date Rcvd: Aug 03, 2017
                              Form ID: 318            Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                                TOTAL: 8